RECEIVED

JAN 2 5 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 06-60085 |
| VERSUS | |
| GABRIEL JAMES HAWTHORNE | JUDGE DOHERTY |

## RULING & ORDER

Currently pending before the Court is correspondence from defendant, wherein defendant seeks an order from this Court requiring the Bureau of Prisons to calculate defendant's credit for time served in a particular manner. [Doc. 42] More particularly, Mr. Hawthorne complains the Bureau of Prisons has failed to credit him with time served, as recommended by the Court in its Judgment of Conviction. [Doc. 39] The Court notes, "The attorney general, through the Bureau of Prisons (BOP), determines what credit, if any, will be awarded to prisoners for time spent in custody prior to the commencement of their federal sentences." Leal v. Tombone, 341 F.3d 427, 428 (5th Cir. 2003). Thus, calculation of credit for time served is within the purview of BOP, and BOP is under no obligation to follow the Court's *recommendation* as to the manner of calculation of credit for time served.

As to defendant's implied request that this Court modify its prior judgment of conviction[1], the request is denied. Fed. R. Cr. P. 35(a) provides in pertinent part as follows: "Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other

---

[1] Mr. Hawthorne states he was told by BOP that if the Court "were to specify" that its recommendation that defendant "receive credit for time served while in federal custody of this offense" [Doc. 39, p.2] was an "order," rather than a "recommendation," BOP "would honor the judgment." [Doc. 42, pp. 1-2]

clear error." More than 14 days have now passed since sentencing defendant, thus, this Court can not issue the order requested. However, to the extent it is of benefit to BOP, this court notes it was its intent that the defendant receive credit for all time spent in federal custody "as to this offense."

Due to the foregoing, the motion [Doc. 42] is **DENIED**.

THUS DONE AND SIGNED at Lafayette, Louisiana, this 25th day of January, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
1-26-11
CJQ
USPO